IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHEVRON U.S.A. INC.,** **PLAINTIFF**

v.             CIVIL ACTION No.
1:19-CV-353-HSO-RHWR

**TED (DARIN) MATTHEWS** **DEFENDANT**

## AGREED JUDGMENT

Pursuant to a settlement reached by the parties, Plaintiff Chevron U.S.A. Inc. and Defendant Ted (Darin) Matthews have agreed that a judgment shall be entered against Defendant Matthews in the amount of $1,000,000.00. The Court is apprised of the settlement terms and finds that entry of a final judgment is appropriate. Accordingly, this Court will enter judgment and retain jurisdiction to enforce the parties' settlement agreement and its judgment.

IT IS ORDERED AND ADJUDGED that Defendant Ted Darin Matthews is liable to Plaintiff Chevron U.S.A. Inc. in the amount of $1,000,000.00 and that the Court hereby specifically retains jurisdiction to enforce the settlement agreement. The judgment shall not accrue post-judgment interest.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Submitted and agreed to by:

*Michael Bentley*
Attorney for Plaintiff

*Scott Corlew*
Attorney for Defendant